# UNITED STATES DISTRICT COURT FOR BALTIMORE DISTRICT OF MARYLAND

In re
    Dr. LaDonna D. Jones

    Debtor

v.                                                       Chapter 7
                                                              Case No. 10-24377

Marc Kivitz, Esq.,
201 N. Charles Street
Baltimore, MD 21201

John H. Denick, Esq.
20 South Charles Street
Suite 801
Baltimore, MD 21201-3283

David Ellin Esq.
20 South Charles Street
Suite 308
Baltimore, MD 21201

Rebecca Daley Esq.
20 South Charles Street
Suite 801
Baltimore, MD 21201-3283

Kim Parker Esq.
Law Office of Kim Parker Esq.
2123 Maryland Avenue

### Notice of Appeal to United States Court of Appeals for the Fourth Circuit

Comes Now, Dr. LaDonna D. Jones, the Plaintiff appeals to the United States Court of Appeals for the fourth Circuit from the orders of District Court of Baltimore Maryland Bankruptcy entered in this case on March 12, 2012 here described ordered.

**ORDERED,** that the Denick Motion (Dkt. No. 62) is vacated; and it is further, Ordered, that Par Excellence, is stricken as a party from the contested matter; and it is further, ordered, that the Kivitz Motion and Parker Motion be granted.

The party to the order, order appealed from the names and addresses of their respective attorneys are as follows:

March 12, 2012

_[signature]_
Dr. LaDonna D. Jones
Pro Se Appellant
10 Aventura Ct
Randallstown, Maryland 21133

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of March, 2012, a copy of the foregoing motion for relief from automatic stay was served by United States first Class Mail, postage prepaid to

Kim Parker Esq.
2123 Maryland Avenue
Baltimore, Maryland 21218

David Ellin Esq.
20 South Charles Street
Suite 308
Baltimore, Maryland 21201

20 South Charles Street
Suite 308
Baltimore, Maryland 21201
John H. Denick Esq.

Rebecca Daley Esq.
20 South Charles Street
Baltimore, Maryland 21201

Marc R. Kivitz, Esq.
Suite 1330
201 North Charles Street
Baltimore, Maryland 21201