

_____
ROBERT A. GORDON
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

| | | |
|---|---|---|
| In re: | * | |
| LaDonna Jones, | * | Case No. 10-24377-RAG |
| | | Chapter 7 |
| Debtor | * | |

* * * * * * * * * * * * *

| | | |
|---|---|---|
| LaDonna Jones, *et al.*, | * | |
| Movants | * | |
| v. | * | |
| Courtney Pee, *et al.*, | * | |
| Respondents | * | |

* * * * * * * * * * * * *

### ORDER DISMISSING MOTION FOR CONTEMPT
### AGAINST JOHN H. DENICK, ESQUIRE, REBECCA DALEY, ESQUIRE
### AND DAVID ELLIN, ESQUIRE

Upon consideration of the Motion of LaDonna Jones, Debtor, and Par Excellence Emporium, Inc., Movants, alleging contempt of this Court, and upon consideration of the motion pursuant to F.R.C.P. 12(b)(6) of John Denick, Esq., Rebecca Daley, Esq., and David Ellin, Esq., Respondents, to dismiss the motion for contempt for failure to state a cause of action upon which relief can be granted and it appearing to the Court that no money judgment was entered against

1

the Debtor in the civil action pending in the District Court of Maryland and that the Movant's actions were in complete compliance with both the automatic stay of 11 U.S.C. §362(a) and this Court's Order Granting Relief from Automatic Stay (Dkt. No. 45) and that therefore the motion for contempt fails to state a cause of action against John Denick, Esq., Rebecca Daley, Esq., and David Ellin, Esq., and for the additional reasons set forth in the Order Reopening Case and Setting forth Preliminary Rulings as to Debtor's Motion for Contempt (Dkt. No. 75) and other good cause having been shown, it is therefore by the United States Bankruptcy Court for the District of Maryland,

  ORDERED, that motion of John Denick, Esq., Rebecca Daley, Esq., and David Ellin, Esq., respondents, to dismiss the motion for contempt for failure to state a cause of action against them, be, and the same is hereby, granted; and be it further,

  ORDERED, that the motion of Par Excellence Emporium, Inc., and/or Dr. LaDonna Jones, debtor, movants, entitled Motion for Contempt of Court Against Marc Kivitz, Esq., Kim Parker, Esq., David Ellin, Esq., John Denick, Esq., Rebecca Daley, Esq. (Docket No. 55) be, and the same is hereby, denied with prejudice as an action against John Denick, Esq., Rebecca Daley, Esq. and David Ellin, Esq.

cc: Marc R. Kivitz, Esquire
   Suite 1330
   201 North Charles Street
   Baltimore, MD 21201

   Dr. LaDonna Jones
   10 Aventura Court
   Randallstown, MD 21133-4330

   Kim Parker, Esquire
   Law Office of Kim Parker, P.A.
   2123 Maryland Avenue
   Baltimore, MD 21218

Ms. Helena Denmark
2109 North Forest Park Avenue
Gwynn Oak, MD 21207

Ms. Mamie Long
4637 Park Heights Avenue
#631
Baltimore, MD 21215

John H. Denick, Esquire
20 South Charles Street
Suite 801
Baltimore, MD 21201-3283

Ms. Courtney Pee
15 Winlow Court
Randallstown, MD 21133

Mark Stiller, Esquire
111 South Calvert Street
Suite 1400
Baltimore, MD 21202

Zvi Guttman, Esquire, Chapter 7 Trustee
c/o The Law Offices of Zvi Guttman, P.A.
P. O. Box 32308
Baltimore, MD 21282-2308

Ms. Michelle Redfern
1023 Harlem Avenue
Baltimore, MD 21202

Mr. Henry Holden
85 S. Kossuth
Baltimore, MD 21229

Ms. Hazel Vaughn
800 Dartmouth Road
#C
Baltimore, MD 21212

David Ellin Esquire
20 South Charles Street
Suite 308
Baltimore, MD 21201

Paul W. Gardner, II, Esquire
10 North Calvert Street, Suite 735
Baltimore, MD 21202

**End of Order**